UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY GENE HEGGEM, | NO. C10-1997-RSM-MAT |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S **SECOND** MOTION FOR RECUSAL; REFERRING MOTION TO CHIEF JUDGE |
| ANDREA HOLMES, *et al.*, | |
| Defendants. | |

In this 42 U.S.C. § 1983 civil-rights action, plaintiff Larry Gene Heggem moves for a second time to have the undersigned judge voluntarily recuse because of recommendations made adverse to his interests here and in other cases. (Dkt. 103); *see* (Dkts. 56, 57 (orders denying first motion for recusal)); 28 U.S.C. § 144 (recusal statute); *see, e.g.*, *Heggem v. Hupp*, C11-337-MJP (W.D. Wash. closed Mar. 28, 2011); *Heggem v. Snohomish County Prosecutors*, No. C11-538-RSM (W.D. Wash. closed May 18, 2011). Plaintiff also suggests that the undersigned judge is protecting the defendants because they are female. (Dkt. 103, at 1.)

Pursuant to Local Rule GR 8(c), the Court has reviewed the motion to recuse and finds no justification for voluntary recusal. Pursuant to Local Rule GR 8(c), the motion to recuse is now referred to the Chief Judge. Further action by the undersigned judge in this case will be deferred pending a ruling by the Chief Judge as to whether plaintiff has presented a timely and

ORDER DENYING PLAINTIFF'S **SECOND**
MOTION FOR RECUSAL; REFERRING
MOTION TO CHIEF JUDGE - 1

1  sufficient basis for recusal.  The Clerk shall direct copies of this Order to plaintiff, to counsel
2  for defendants, and to the Honorable Marsha J. Pechman.
3       DATED this <u>16th</u> day of July, 2012.

                                        Mary Alice Theiler
                                        United States Magistrate Judge

ORDER DENYING PLAINTIFF'S **SECOND**
MOTION FOR RECUSAL; REFERRING
MOTION TO CHIEF JUDGE - 2